# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1519
Lower Tribunal No. 21-19898 SP
_____

**L Powers,**
Appellant,

vs.

**City of Miami Beach,**
Appellee.

An appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

L Powers, in proper person.

Rafael A. Paz, City Attorney, and Yoe Lopez, Senior Assistant City Attorney, for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).